```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

ALAN L. HICKS,

    Plaintiff,

v.                                  Civil Action No. 2:22-cv-00217

DONNIE AMES,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of the United States Magistrate Judge Dwane L. Tinsley, entered September 26, 2022; the Magistrate Judge having proposed that the court find that the plaintiff has failed to prosecute this civil action; the Magistrate Judge having recommended that the court dismiss this matter for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b); and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the Proposed Findings and Recommendation of the Magistrate Judge be, and it hereby is, adopted by the court and incorporated herein.

It is, therefore, ordered that this case be, and it hereby is, dismissed without prejudice.

2

The Clerk is directed to transmit copies of this memorandum opinion and order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

Enter: October 26, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge